ERNEST RUFFER et al., Copartners under the Firm Name of A. RUFFER & SONS, Respondents, v. WATERBURY COMPANY, Appellant.

*Principal and agent — money loaned through third person — when such person not agent of lender to receive repayment.*

*Ruffer* v. *Waterbury Co.,* 203 App. Div. 611, affirmed.

(Argued October 22, 1923; decided November 20, 1923.)

APPEAL from a judgment, entered February 27, 1923, upon an order of the Appellate Division of the Supreme Court in the first judicial department reversing a judgment in favor of defendant entered upon the report of a referee and directing judgment in favor of plaintiff upon additional findings. The action was to recover money loaned to defendant through a third person without personal negotiation between plaintiff and defendant. The defense was that the said third person had been paid in full the amount of the loan. The question was whether he was the agent of the plaintiff to receive the money.

*Charles Capron Marsh* for appellant.

*Clifton P. Williamson* and *Edward W. Bourne* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.

---

GEORGE H. KENNEDY et al., as Executors of LOUISA STAMP, Deceased, Respondents, v. EDWARD SMITH et al., Appellants.

*Real property — title — acquisition of title by adverse possession.*

*Kennedy* v. *Smith,* 204 App. Div. 628, affirmed.

(Argued October 22, 1923; decided November 20, 1923.)

APPEAL from a judgment, entered March 28, 1923, upon an order of the Appellate Division of the Supreme Court in the third judicial department reversing a judgment in favor of defendants entered upon a decision of the court on trial at an Equity Term and directing judg-

ment in favor of plaintiffs upon additional findings. This action was brought to determine the title to a certain piece of real property situate on the northwest corner of South Park avenue and Abbott road in the city of Buffalo. The plaintiffs claim the property as the executors of the estate of Louisa Stamp, deceased, and those of the defendants who have appeared and answered claim the property as heirs at law of one Michael Roberts, deceased, former husband of said Louisa Stamp. The Appellate Division held that Louisa Stamp, at the time of her death, had acquired title by adverse possession.

*Carlos C. Alden* for appellants.

*George H. Kennedy* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.

---

MADALINE REALTY CORPORATION et al., Appellants, *v.* JOHN KADEL, Respondent.

*Vendor and purchaser — contract for sale of real property — action to recover for breach.*

*Madaline Realty Corpn.* v. *Kadel,* 206 App. Div. 663, affirmed.

(Argued October 23, 1923; decided November 20, 1923.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 18, 1923, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term without a jury. The action was to recover damages for the alleged breach of a contract to sell real estate. It was alleged that defendant agreed to buy in the property at the foreclosure sale in an action brought by his wife to foreclose a mortgage thereon held by her, the price which he was to bid to be at least the amount of the selling price of the property to the plaintiffs, to wit, $105,000, and, if the property brought more than such sum, to pay to the plaintiffs